ROBERT WEATHERED vs. THOMAS D. LEE — Error from Red River County.

If an appeal or writ of error be not docketed at the term to which it is made returnable, its force and effect is destroyed for every purpose whatever. [*Ante*, 16.]

No appearance for plaintiff in error.

EVERTS and YOUNG for defendant in error.

Opinion by Chief Justice HEMPHILL.

In this case the application for the writ of error was filed on

the 13th of April, 1847. The bond was filed on the 18th of November, and the writ of *supersedeas* was served on the 4th of December, 1847.

The transcript should have been sent up at the last term of the court. We have often decided that an appeal or writ of error must be docketed at the term to which it is returnable; and if not, all its force and effect is destroyed for any purpose whatever. It can no longer delay the issuance of an execution, or be docketed, or tried in the appellate court.